[No. 19585-2-II.     Division Two.     April 25, 1997.]

HERITAGE FARMS, INC., ET AL., *Plaintiffs*, ANTHONY J. LAMANSKI, *Appellant*, v. J. LLOYD MADSEN, ET AL., *Defendants*, THEODORE R. SLADEK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-04062-7, James Marshall, J. Pro Tem., entered April 27, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 19646-8-II.     Division Two.     April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN D. ST. PETER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-1-00035-0, H. John Hall, J., entered June 9, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 19826-6-II.     Division Two.     April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON DENARD CURRIE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-01424-4, Donald H. Thompson, J., entered August 1, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.

[No. 19947-5-II.     Division Two.     April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURENCE LESLIE NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00238-2, Thomas L. Lodge, J., entered October 5, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.